James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

*Interim Lead Counsel for Plaintiffs*
*and the Putative Class*

[*Additional Attorneys on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re The Plastic Surgery Center* | Civil Action No. 3:25-cv-03304-MAS-JTQ |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs David Spruell, Kyana Thompson, Ronald Timmons, and Gregory Brogan, by and through their undersigned counsel, hereby voluntarily dismiss this action against Defendant The Plastic Surgery Center, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 9, 2025

Respectfully Submitted,

*/s/ James E. Cecchi*
James E. Cecchi
Jason H. Alperstein
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

*Interim Lead Counsel for Plaintiffs and the Putative Class*

**So Ordered this 21st day of April 2026**

*/s/ Michael A. Shipp*
**Honorable Michael A. Shipp, U.S.D.J**

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
1 West Las. Olas Blvd., Ste. 500
Fort Lauderdale, FL 3330
Telephone: 954-332-4200
grunfeld@kolawyers.com
ostrow@kolawyers.com

*Executive Committee for Plaintiffs and the Putative Class*

Todd S. Garber
**FINKLESTEIN, BLANKSHIP, FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, NY 10601
Telephone: 914-298-3283
Email: tgarber@fbfglaw.com

*Counsel for Plaintiff Kyana Thompson*